UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janet Cook-Keville,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC and Residential Credit Solutions, Inc.,<br><br>Defendants. | Case No.:  16-cv-1590-JAH-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT RESIDENTIAL CREDIT SOLUTIONS, INC.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Residential Credit Solutions, Inc. ("RCSI") is dismissed with prejudice.  Each party shall bear his or its own attorneys' fees and costs included herein.

Date: December 9, 2016

_____
John A. Houston
United States District Judge

1